**Order entered January 12, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-08-01584-CV

**TXU PORTFOLIO MANAGEMENT COMPANY, L.P. N/K/A
LUMINANT ENERGY COMPANY, L.L.C., Appellant**

**V.**

**FPL ENERGY, LLC; FPL ENERGY PECOS WIND I, LP;
FPL ENERGY PECOS WIND II, LP; INDIAN MESA WIND FARM, LP, Appellees**

**On Appeal from the 116th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 04-10314**

## ORDER

We **GRANT** appellant's unopposed motion to extend time to file supplemental brief. We

**ORDER** appellant to file its supplemental brief on or before March 9, 2015.

/s/      DAVID EVANS
          JUSTICE